# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LISA GUSTAFSON FEIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KEITH MAYO, *et al.*, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. C23-462-MLP |

\_\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X        **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This action is DISMISSED with prejudice.

Dated April 24, 2024.

                                                                                 Ravi Subramanian <br>
                                                                                  Clerk of Court

                                                                                  s/Tim Farrell <br>
                                                                                  Deputy Clerk